In the Matter of the Claim of JAMES E. LANG-LEY, Respondent, against W. E. HENNESSEY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 2, 1934; decided October 16, 1934.)

*Raymond F. Nichols* for appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.